# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00113-CR

**Jorge Lombrana, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2014-102, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss his appeal, explaining that his complaint has been mooted by the trial court's recent decision. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Appellant's Motion

Filed: April 18, 2014

Do Not Publish